# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cedric Scott Anderson,

      Plaintiff,

v.

City of Duluth; Kyle Peterson, *Duluth Police Department Officer, in his individual and official capacities*; Kaylee McMillen, *Duluth Police Department Officer, in her individual and official capacities*; and Michael Munger, *Duluth Police Department Officer, in his individual and official capacities*,

      Defendants.

Case No. 25-CV-4350 (JMB/LIB)

**ORDER**

This matter is before the Court on Plaintiff Cedric Scott Anderson's application to proceed in forma pauperis (Doc. No. 61) in the appeal of this Court's July 24, 2026 Order granting Defendants' motions to dismiss all claims in the Second Amended Complaint. (Doc. No. 58.)

After review of the IFP application, the Court concludes that Anderson financially qualifies for IFP status. Moreover, although the Court is satisfied that its dismissal of this action was proper, the Court is also satisfied that Anderson's appeal is not taken in bad faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, the IFP application will be granted.

1

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT Plaintiff Cedric Scott Anderson's application to

proceed in forma pauperis on appeal (Doc. No. 61) is GRANTED.


Dated:  August 5, 2026                          *s/ Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court